E. MARTIN ESTRADA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
CEDINA M. KIM
Assistant United States Attorney
Senior Trial Attorney, Civil Division
GERALYN GULSETH
Special Assistant United States Attorney
CA State Bar No.: 160872
  Social Security Administration
  Office of Program Litigation, Office 7
  6401 Security Boulevard
  Baltimore, MD 21235
Tel: (510) 970-4819
Fax: (415) 744-0134
E-mail: geralyn.gulseth@ssa.gov

Attorneys for Defendant
KILOLO KIJAKAZI

**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

ANGELINA SPENA,

    Plaintiff,

        v.

KILOLO KIJAKAZ,
Acting Commissioner of Social Security,

    Defendant.

No. 5:22-cv-01710-AFM

[~~PROPOSED~~]
**JUDGMENT OF REMAND**

The Court having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence 4 of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation of Remand") lodged concurrent with the lodging of the within Judgment of Remand.

///

///

///

1          IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-

2   captioned action is remanded to the Commissioner of Social Security for further

3   proceedings consistent with the Stipulation of Remand.

4

5

6   DATED:   5/17/2023

7   HON. ALEXANDER F. MACKINNON
    UNITED STATES MAGISTRATE JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28